JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS JAVIER ESPINO GUTIERREZ,<br>Petitioner,<br>v.<br>TODD BLANCHE, ETC., ET AL.,<br>Respondents. | No. ED CV 26-3221-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is denied and dismissed with prejudice.

DATED: July 13, 2026



CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE